UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ROGER LEE HIDDLESTON,<br><br>               Defendant. | Case No. 2:14-MJ-00186-BAT<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is unemployed and has a criminal history spanning years that includes crimes involving violence and substance abuse. He has failed to appear for court appearances repeatedly over the years. He has a serious drug abuse problem and is a daily user of several different controlled substances. The evidence against him is strong and the extremely lengthy prison sentence he faces if convicted are strong incentives to flee.

It is therefore **ORDERED**:

DETENTION ORDER - 1

1     (1)     Defendant shall be detained pending trial and committed to the custody of the

2     Attorney General for confinement in a correctional facility separate, to the extent practicable,

3     from persons awaiting or serving sentences, or being held in custody pending appeal;

4     (2)     Defendant shall be afforded reasonable opportunity for private consultation with

5     counsel;

6     (3)     On order of a court of the United States or on request of an attorney for the

7     Government, the person in charge of the correctional facility in which Defendant is confined

8     shall deliver the defendant to a United States Marshal for the purpose of an appearance in

9     connection with a court proceeding; and

10     (4)     The Clerk shall provide copies of this order to all counsel, the United States

11     Marshal, and to the United States Probation and Pretrial Services Officer.

12     DATED this 7th day of May, 2014.

13

14

15     _____
BRIAN A. TSUCHIDA
United States Magistrate Judge

16

17

18

19

20

21

22

23

DETENTION ORDER - 2